People v Umanzor (2025 NY Slip Op 01827)

People v Umanzor

2025 NY Slip Op 01827

Decided on March 26, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 26, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
LINDA CHRISTOPHER
LOURDES M. VENTURA
JAMES P. MCCORMACK, JJ.

2022-05960

[*1]The People of the State of New York, respondent,
v
Marvin Umanzor, appellant. (S.C.I. No. 639/21)

Stacy E. Albin-Leone, Long Beach, NY, for appellant.
Raymond A. Tierney, District Attorney, Riverhead, NY (Lauren Tan, Marion Tang, and Glenn Green of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the County Court, Suffolk County (Chris Ann Kelley, J.), rendered July 22, 2021, convicting him of rape in the second degree, upon his plea of guilty, and imposing sentence.
ORDERED that the judgment is affirmed.
The defendant's challenge to the validity of his plea of guilty is unpreserved for appellate review because the defendant did not move to withdraw his plea or otherwise object to its entry prior to the court imposing sentence (see People v Williams, 27 NY3d 212, 214; People v Lee, 225 AD3d 788, 788-789). In any event, the record demonstrates that the defendant's plea of guilty was knowingly, voluntarily, and intelligently entered.
DILLON, J.P., CHRISTOPHER, VENTURA and MCCORMACK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court